CLOSED

# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
# CRIMINAL DOCKET FOR CASE #: 5:19-mj-01257-JG All Defendants

Case title: USA v. Blocker et al
Other court case number: 8:19-CR-181 District of South Carolina

Date Filed: 02/26/2019
Date Terminated: 02/27/2019

Assigned to: Magistrate Judge James E. Gates

### Defendant (1)

**Celest Henry Blocker**
*TERMINATED: 02/27/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(A); 18 U.S.C. § 1952(a)(3); 18 U.S.C. § 2; 21 U.S. C. § 843(b); 18 U.S.C. § 924(d); 21 U.S. C. § 853; 21 U.S.C. § 881; 31 U.S.C. 5317(c)(1); 31 U.S.C. § 5332(b)(2); 28 U.S.C. § 2461(c) | |

Assigned to: Magistrate Judge James E. Gates

### Defendant (2)

**Danny Morales Lopez**
*TERMINATED: 02/27/2019*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(A); 18 U.S.C. § 1952(a)(3); 18 U.S.C. § 2; 21 U.S. C. § 843(b); 18 U.S.C. § 924(d); 21 U.S. C. § 853; 21 U.S.C. § 881; 31 U.S.C. 5317(c)(1); 31 U.S.C. § 5332(b)(2); 28 U.S.C. § 2461(c)

### Disposition

---

### Plaintiff

**USA**      represented by    **Dena J. King**
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
919-856-4883
Fax: 919-856-4487
Email: dena.king@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2019 | 1 | Arrest (Rule 5) of Celest Henry Blocker, Danny Morales Lopez. (Horton, B.) (Horton, B.). (Additional attachment(s) added on 2/26/2019: # 1 Arrest Warrant - Celest Henry Blocker) (Horton, B.). (Additional attachment(s) added on 2/26/2019: # 2 Arrest Warrant - Danny Morales Lopez) (Horton, B.). (Additional attachment(s) added on 2/26/2019: # 3 Penalty Sheet) (Horton, B.). (Entered: 02/26/2019) |

| | | |
|---|---|---|
| 02/26/2019 | | Set Hearing as to Celest Henry Blocker and Danny Morales Lopez: Initial Appearances set for 2/27/2019 at 10:30 AM in Raleigh - 6th Floor Courtroom before Magistrate Judge James E. Gates. (Horton, B.) (Entered: 02/26/2019) |
| 02/27/2019 | 2 | CJA 23 Financial Affidavit by Celest Henry Blocker. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Celest Henry Blocker. Signed by Magistrate Judge James E. Gates on 2/27/2019. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 4 | CJA 23 Financial Affidavit by Danny Morales Lopez. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Danny Morales Lopez. Signed by Magistrate Judge James E. Gates on 2/27/2019. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | | ORAL MOTION for Detention filed by USA as to Celest Henry Blocker, Danny Morales Lopez. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 6 | Waiver of Rule 5(c)(3) Hearing by Celest Henry Blocker. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 7 | Waiver of Rule 5(c)(3) Hearing by Danny Morales Lopez. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | | ORAL MOTION to Unseal Case filed by USA as to Celest Henry Blocker and Danny Morales Lopez only. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | | ORAL ORDER granting Oral Motion to Unseal Case as to Celest Henry Blocker (1) and Danny Morales Lopez (2). Entered by Magistrate Judge James E. Gates on 2/27/2019. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 8 | Minute Entry for proceedings held before Magistrate Judge James E. Gates in Raleigh. Initial Appearance in Rule 5 Proceedings as to Celest Henry Blocker and Danny Morales Lopez held on 2/27/2019. Assistant U.S. Attorney present for government. Government moves to unseal this case as to defendants Celest Henry Blocker and Danny Morales Lopez. The court allows motion to unseal this case as to defendants Celest Henry Blocker and Danny Morales Lopez only. Defendants request counsel. Federal Public Defender appointed. Defendant advised of rights, charges and maximum punishments. Government moves for detention. Defendants waive their Rule 5 Identity Hearings. The court finds that the defendants are in fact the individuals named in the indictment from the District of South Carolina. Defendants advise the court that they would like to have their detention hearings held in the District of South Carolina. The Court enters Commitment to Another District. Defendant ordered detained and remanded to the custody of the U.S. Marshal. (Court Reporter - FTR) (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Celest Henry Blocker. Defendant committed to District of South Carolina. Signed by Magistrate Judge James E. Gates on 2/27/2019. (Horton, B.) (Entered: 02/27/2019) |
| 02/27/2019 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Danny Morales Lopez. Defendant committed to District of South Carolina. Signed by Magistrate Judge James E. Gates on |

| | 2/27/2019. (Horton, B.) (Entered: 02/27/2019) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/27/2019 15:24:30 | | | |
| **PACER Login:** | sd5501 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-mj-01257-JG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |